**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DEWAYNE PRESSLEY,

    Petitioner,

v.

UNITED STATES ATTORNEY
GENERAL, et al.,

    Respondents.

Civil No. 05-534 (JRT/JGL)

**ORDER**

---

Dewayne Pressley, #05790-424, FMC-Rochester, P.O. Box 9600, Rochester, Minnesota 55903-4600, *pro se* petitioner.

Perry F. Sekus, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for respondents.

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted. The Court hereby adopts the Report and Recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is DENIED;

2. Petitioner's "Motion To Supplement (Add) To the Record – Relief Sought in Civil Action No. 050296. With Two Hundred Million Dollars In Punitive and Monetary Damages, (200,000,000)," (Docket No. 8), is DENIED;

3. Petitioner's "Motion Requesting an Evidentiary Hearing"(Docket No. 10) is

2

without basis and is DENIED; and

    4.  This action is hereby DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: July 12, 2005
at Minneapolis, Minnesota

                                              s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                         United States District Judge